ORA B. COATES, Appellant, v. GEORGE A. ZABRISKIE, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to apply for another order for examination in which she shall succinctly

state the material facts which are denied by the answer and which plaintiff would have to prove as part of her case to obtain an accounting.   No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.